UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VERSATILITY, INC., dba The Buffalo, | ) | 2:10-cv-01942-ECR-PAL |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: February 23, 2011 |
| | ) | |
| CAPITOL INDEMNITY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:      EDWARD C. REED, JR.                            U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    This matter is referred to the Chief Judge for reassignment to another judge.

                                                LANCE S. WILSON, CLERK

                                                By      /s/
                                                       Deputy Clerk